UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1070-DLC |
| PETER MAXWELL TAYLOR ) | |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the Complaint and related paperwork be unsealed. In support of this motion, the government states that the Peter Taylor was arrested on May 20, 2020, and that there is no further reason to keep the Complaint secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Stephen W. Hassink*
Dated: May 20, 2020      STEPHEN W. HASSINK
Assistant U.S. Attorney