UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF )<br>THE EXTRADITION OF )<br>MICHAEL L. TAYLOR )<br> )<br> ) | Case No. 20-mj-1069-DLC |
| IN THE MATTER OF )<br>THE EXTRADITION OF )<br>PETER M. TAYLOR ) | Case No. 20-mj-1070-DLC |

**NOTICE OF JAPAN'S SUBMISSION OF ITS REQUESTS FOR THE EXTRADITIONS OF MICHAEL L. TAYLOR AND PETER M. TAYLOR**

The United States, through Assistant United States Attorney Stephen W. Hassink, hereby advises the Court that Japan's requests for the extraditions of Michael L. Taylor and Peter M. Taylor have been submitted to the U.S. Department of State in accordance with the extradition treaty between the United States and Japan. Once the undersigned Assistant United States Attorney receives the requests, he will provide a courtesy copy to defense counsel.

Date: July 2, 2020

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Stephen W. Hassink
STEPHEN W. HASSINK
Assistant United States Attorney

/s/ Philip A. Mirrer-Singer
PHILIP A. MIRRER-SINGER
Trial Attorney

**CERTIFICATE OF SERVICE**

    I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on July 2, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

/s/ *Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney